| | | | |
|---|---|---|---|
| Nath v. Pamida Stores Operating Co., L.L.C. | 16-0001 | 01/25/2017 | Affirmed in part, Reversed in part, and Remanded |
| Garrett v. Colton | 16-0031 | 01/25/2017 | Affirmed and Remanded |
| T.H., Interest of | 16-0158 | 01/25/2017 | Affirmed |
| Beal v. Crowder | 16-0246 | 01/25/2017 | Reversed and Remanded |
| State v. DeBeir | 16-0297 | 01/25/2017 | Affirmed |
| Matteson, In re Marriage of | 16-0401 | 01/25/2017 | Affirmed as Modified |
| State v. Murray | 16-0406 | 01/25/2017 | Affirmed |
| State v. Sims | 16-0583 | 01/25/2017 | Sentence Vacated and Remanded for further proceedings |
| Smith, In re Marriage of | 16-0597 | 01/25/2017 | Affirmed as Modified and Remanded |
| Stowe v. Second Injury Fund of Iowa | 16-0599 | 01/25/2017 | Affirmed |
| G.G., In re | 16-0678 | 01/25/2017 | Affirmed |
| Feekin v. Iowa Department of Human Services | 16-0760 | 01/25/2017 | Affirmed |
| Rigdon, In re Marriage of | 16-0768 | 01/25/2017 | Affirmed on both Appeals |
| Ritchison, In re Marriage of | 16-0942 | 01/25/2017 | Affirmed |
| Polaris Industries, Inc. v. Doty | 16-0961 | 01/25/2017 | Affirmed |
| State v. Hill | 16-0974 | 01/25/2017 | Affirmed |
| State v. Hawkins | 16-1401 | 01/25/2017 | Affirmed |
| K.M., Interest of | 16-1564 | 01/25/2017 | Affirmed on both Appeals |
| C.S., Interest of | 16-1593 | 01/25/2017 | Affirmed |
| K.P., Interest of | 16-1680 | 01/25/2017 | Affirmed |
| M.P., In Interest of | 16-1843 | 01/25/2017 | Affirmed on both Appeals |
| M.S., Interest of | 16-1860 | 01/25/2017 | Reversed and Remanded on both Appeals |
| B.P., Interest of | 16-1878 | 01/25/2017 | Affirmed |
| N.T., Interest of | 16-1956 | 01/25/2017 | Affirmed on both Appeals |
| S.W., Interest of | 16-1958 | 01/25/2017 | Affirmed on both Appeals |
| A.C., Interest of | 16-1959 | 01/25/2017 | Affirmed |
| C.L., In Interest of | 16-1995 | 01/25/2017 | Affirmed |